UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM POFF,

                Plaintiff,

v.                                         Case No. 13-CV-815-JPS

JENNY A. DURKAN,
SARAH Y. VOGEL,
MICHAEL SCOVILLE,
JOHN W. VAUDREUIL,
MUNISH SHARDA,
ROBERT G. BROWNELL,
PAUL L. SCHLIEVE,                         ORDER
MARK RUPPELT,
PETER FREITAG,
JOSEPH D. LAVELLE, and
STACY MAIER,

                Defendants.

       The plaintiff, William Poff, filed his complaint in this case on November 19, 2013. (Docket #1). Shortly after he filed his complaint, the Clerk of Court's office requested that he file a copy of his prisoner trust fund account statement not later than December 11, 2013. (Docket #4). That deadline has long since passed, and still Mr. Poff has not filed a copy of his account statement. The Court will grant him seven more days to file that document. If he does not timely do so, the Court will dismiss this case without prejudice for want of prosecution. *See, e.g., Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); Fed. R. Civ. P. 41(b).

       Accordingly,

IT IS ORDERED that the plaintiff shall file a copy of his prisoner trust fund account statement within seven (7) days of the entry of this order; failure to timely file that document will result in the dismissal of this action without prejudice for want of prosecution, pursuant to *Link*, 370 U.S. at 630 and Rule 41(b) of the Federal Rules of Civil Procedure.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2014.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge