UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM POFF,<br><br>                Plaintiff,<br>v.<br><br>JENNY A. DURKAN,<br>SARAH Y. VOGEL,<br>MICHAEL SCOVILLE,<br>JOHN W. VAUDREUIL,<br>MUNISH SHARDA,<br>ROBERT G. BROWNELL,<br>PAUL L. SCHLIEVE,<br>MARK RUPPELT,<br>PETER FREITAG,<br>JOSEPH D. LAVELLE,<br>and STACY MAIER,<br><br>                Defendants. | Case No. 13-CV-815-JPS<br><br><br><br><br><br><br><br>ORDER |

       On February 13, 2014, the Court ordered the plaintiff to pay the initial partial filing fee (IPFF) in this case or face dismissal. (Docket #12). He did not do so. (*See* Docket #14). The Court, therefore, ordered that he either pay the filing fee or submit documentation to establish his inability to pay the filing fee, pursuant to the Seventh Circuit's recent decision in *Thomas v. Butts*, Case No. 12-2902 (March 13, 2014) (per curiam), slip op., at 5–7. (Docket #14). The Court provided him with fourteen days to do so (Docket #14), but he still has neither paid the filing fee nor submitted any documentation. Therefore, the Court is obliged to dismiss this case due to the plaintiff's failure.

       Accordingly,

       IT IS ORDERED that this matter be and the same is hereby DISMISSED without prejudice.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 18th day of April, 2014.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge