William Stuart Poff                     The Honorable J.P. Stadtmueller
(Reg. No. 14361-040)
FCI Englewood
9595 West Quincy Avenue
Littleton, Colorado [80123]

In The
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM POFF, | Case No. 13-CV-815-JPS |
| -Libellant/Plaintiff, | |
| v. | |
| JENNY A. DURKAN, et al., | |
| -Libellee(s)/Defendant(s). | |

## NOTICE OF APPEAL

**COMES NOW**, William Stuart Poff, pro per Libellant/Plaintiff, to give **NOTICE OF APPEAL** of this Honorable Court's ORDER of May 7, 2014, dismissing this cause of action with prejudice.

### I. NOTICE OF DIRECT APPEAL

1. Poff gives Notice of Direct Appeal of this court's final ORDER dismissing Plaintiff's cause of action with prejudice.

2. Plaintiff gives notice on the 22ND day of May, A.D. 2014.

3. The requisite filing fee shall be forwarded forthwith, from Poff's inmate trust account, as soon as the Bureau of Prisons processes the required paperwork.

### II. SUMMATION

4. Plaintiff filed this Notice, pursuant to the prison legal mail rule, as indicated on the Certificate of Service.

William Stuart Poff   May 22, 2014
William Stuart Poff
Plaintiff

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that I served this <u>Notice of Appeal</u> upon the Clerk of the Court, by postage prepaid first-class mail, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266 (1988) (Prison legal mail rule), by depositing the same in the FCI Englewood legal mail on the 22ND day of May, A.D. 2014.

*William Stuart Poff*
William Stuart Poff
Pro Per Plaintiff



⇔14361-040⇔
William S Poff
(ID #14361-040) L/W
-9595 W Quincy AVE
Federal Correctional INST
Littleton, CO 80123
United States

DENVER CO 802
23 MAY 2014 PM 6 L

⇔14361-040⇔
Clerk Of The Court
120 N Henry ST
United States Courthouse
Madison, WI 53703-2559
United States

LEGAL MAIL

**CORRECTIONAL SYSTEMS MANAGEMENT**
**FEDERAL CORRECTIONAL INSTITUTION**
**9595 WEST QUINCY AVE., LITTLETON, CO., 80123**

DATE/INITIALS 5-22-14

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.