IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM STUART POFF,
    Plaintiff,

v.

JENNY A. DURKAN,
SARAH Y. VOGEL,
MICHAEL SCOVILLE,
JOHN W. VAUDREUIL,
MUNISH SHARDA,
ROBERT G. BROWNELL,
PAUL L. SCHLIEVE,
MARK RUPPELT,
PETER J. FREITAG,
JOSEPH D. LAVELLE,
STACY MAIER,
    Defendants.

Case No.: 3:13cv815

Judge Stadtmueller
Magistrate Judge Crocker

---

### SCHLIEVE'S NOTICE OF APPEAL

---

COMES NOW, Paul L. Schlieve (hereinafter "Schlieve"), pro se, who hereby files Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit of the denial of Schlieve's Motion to Halt Disclosure.

Respectfully Submitted,

*/s/ Paul L. Schlieve*

Paul L. Schlieve, pro se
10930-078
P.O. Box 2068
Inez, KY 41224-2068

### CERTIFICATE OF FILING

    I hereby certify, under penalty of perjury, that on May 30, 2014, I filed one original and two copies of the foregoing with the Clerk of Court pursuant to Fed.R.App.P. 4(c) by depositing same, first class postage prepaid, into the prison legal mail system at

United States Penitentiary Big Sandy, addressed as follows:

Clerk of Court
120 N. Henry Street
Room 320
Madison, WI 53703-2559

*Paul L. Schlieve* (signature)

Paul L. Schlieve


CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I mailed one copy of the foregoing to William Stuart Poff by placing same in a postage-paid envelope and mailing it to the Clerk of Court for remailing to:

William Stuart Poff 14361-040
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123

*Paul L. Schlieve* (signature)

Paul L. Schlieve

Paul Schlieve 10930-078
USP Big Sandy
P.O. Box 2068
Inez, KY 41224



⇔10930-078⇔
Clerk Of District Court
120 N Henry ST
Room 320
Madison, WI 53703-2559
United States

Legal Mail

United States Penitentiary, Big Sandy, KY
P.O. Box 2067, Inez, KY 41224
"The enclosed letter was processed through special mailing procedures for forwarding to. If the writer raises a question over jurisdiction of this facility, you may wish to return for clarification. If writer encloses correspondence to another addressee, please return. DATE:

053114