IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM POFF,

        Plaintiff,                      ORDER

v.                                        13-cv-815-jps
                                           App. No. 14-2160
JENNY A. DURKAN, *et al.*,

        Defendants.

---

Plaintiff William Poff filed this lawsuit against prosecutors and other individuals he deemed responsible for his federal criminal conviction and incarceration at a Federal Correctional Institution in Englewood, Colorado. On May 7, 2014, the court dismissed the case as frivolous and malicious. Poff has filed an appeal, which has been docketed by the Seventh Circuit as No. 14-2160. To date, however, Poff has not paid the appellate docketing fee ($505.00). For his appeal to proceed, Poff must either pay the fee within twenty days or submit a properly supported motion for leave to proceed *in forma pauperis* (without prepayment of the fee) in compliance with 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that, within **twenty (20) days**, William Poff shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal without further notice.

Entered this 4th day of June, 2014.

                                                   BY THE COURT:

                                                   */s/ Peter Oppeneer*
                                                   PETER C. OPPENEER
                                                   Magistrate Judge